# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| BRADLEY SMITH, on behalf of himself and and all other persons similarly situated, known and unknown, | ) ) ) |
| | ) Case No. 15-cv-3178 |
| Plaintiff, | ) |
| | ) Judge Ellis |
| v. | ) |
| | ) Magistrate Judge Mason |
| ROKA AKOR CHICAGO LLC, | ) |
| | ) |
| Defendant. | ) |

## JOINT STIPULATION FOR VOLUNTARY DISMISSAL

This Joint Stipulation for Voluntary Dismissal is submitted under Fed. R. Civ. P. 41(a)(1)(A)(ii) by Plaintiff Bradley, through his Counsel, Werman Salas P.C., and Defendant Roka Akor Chicago LLC, through its Counsel, McDermott Will & Emery LLP.

1. On June 19, 2015, the parties reached a settlement of this lawsuit.

2. Pursuant to their settlement agreement, the parties stipulate to dismiss this matter, including all counts in Plaintiff's Complaint, *with prejudice*, with each party bearing its own attorneys' fees and costs, except as is otherwise provided in the parties' settlement agreement.

Dated: August 20, 2015                Respectfully Submitted,

s/Kaitlin P. Sheehan (with permission)     s/Zachary C. Flowerree
Linda M. Doyle                             Douglas M. Werman
Kaitlin P. Sheehan                         Maureen A. Salas
McDermott Will & Emery LLP                 Sarah J. Arendt
227 West Monroe Street                     Zachary C. Flowerree
Chicago, IL 60606                          Werman Salas P.C.
(312) 372-2000                             77 W. Washington, Suite 1402
                                           Chicago, Illinois 60602
Attorneys for Defendant                    (312) 419-1008

                                           Attorneys for Plaintiff

1